## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Criminal No. 3:08cr127** |
| **v.** | ) | |
| | ) | |
| **EDWARD A. MOSBY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### **MOTION TO DISMISS**

COMES NOW the United States of America, by and through its United States Attorney, Chuck Rosenberg, and his Assistant United States Attorney, Sara E. Chase, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed herein, hereby moves to dismiss the pending Indictment against EDWARD A. MOSBY.

                                                 Respectfully submitted,

                                                 CHUCK ROSENBERG
                                                 UNITED STATES ATTORNEY

By:        _____/s/_____
                Sara E. Chase
                Virginia Bar Number 34221
                Attorney for the United States
                United States Attorney's Office
                600 East Main Street, Suite 1800
                Richmond, Virginia 23219
                Telephone - 804-819-5502
                FAX 804-771-2316
                sally.chase@usdoj.gov\

## Certificate of Service

  I hereby certify that on July 28, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Angela D. Whitley** VSB # 34025
Attorney for the Defendant
Law Office of Boone Beale
27 N. 17th Street
Richmond, VA 23219
Phone 804-780-1111
Facsimile 804-648-6211
awhitley@boonebeale.com

             _____/s/_____
             Sara E. Chase
             Virginia Bar Number 34221
             Attorney for the United States
             United States Attorney's Office
             600 East Main Street, Suite 1800
             Richmond, Virginia 23219
             Telephone - 804-819-5502
             FAX 804-771-2316
             sally.chase@usdoj.gov