IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 3:08CR127 |
| EDWARD ASHLEY MOSBY, | |
| Defendant. | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the Eastern District of Virginia hereby dismisses the Indictment pending against the defendant, EDWARD A. MOSBY.

>CHUCK ROSENBERG
>UNITED STATES ATTORNEY
>By: _____/s/_____
>Sara E. Chase
>Virginia Bar Number 34221
>Attorney for the United States
>United States Attorney's Office
>600 East Main Street, Suite 1800
>Richmond, Virginia 23219
>Telephone - 804-819-5502
>FAX 804-771-2316
>sally.chase@usdoj.gov\

Leave of Court is GRANTED, without prejudice, for the filing of the foregoing dismissal.

Let the Clerk serve copies of this Order on all the parties and the United States Marshal.

IT IS SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Entered this 30th day of July 2008